UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.; JULIE HIGDON, individually and as owner and agent of SIMPLIFIED PRACTICE SOLUTIONS, ex rel.; SHELLEY BAKKEN, individually and as owner and agent of SIMPLIFIED PRACTICE SOLUTIONS, ex rel.; SIMPLIFIED PRACTICE SOLUTIONS, a Washington corporation; WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ex rel.; JULIE HIGDON, SHELLEY BAKKEN and SIMPLIFIED PRACTICE SOLUTIONS, as relators, <br><br> Plaintiffs, <br><br> v. <br><br> A BRIEF COUNSELING CENTER, P.S., a Washington corporation d/b/a HEALTHY COUNSELING CENTER; DR. RAY SMITH and JANE DOE SMITH, individually and as to their marital community; DR. RAY SMITH, as owner and agent of A BRIEF COUNSELING CENTER, P.S.; | NO: 2:19-CV-0386-TOR <br><br> ORDER OF DISMISSAL |

ORDER OF DISMISSAL ~ 1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | HOLLY MEGINNISS and JOHN DOE MEGINNISS, individually, as their marital community, and as a partner and agent of A BRIEF COUNSELING CENTER, P.S.; THEORDORE SNEED and JANE DOE SNEED, individually, as their marital community, and as a partner and agent of A BRIEF COUNSELING CENTER, P.S.; PATRICE GRYPHON-CODD and JOHN DOE GRYPHON-CODD, individually, as their marital community, and as a partner and agent of A BRIEF COUNSELING CENTER, P.S.; MATTHEW ARQUETTE, d/b/a ARQUETTE BUSINESS SOLUTIONS, a Washington sole proprietorship; and JOHN/JANE DOES 1-99,<br><br>                                  Defendants. |

BEFORE THE COURT is the Stipulated motion for FRCP 41(a)(1) Voluntary Dismissal.  ECF No. 21.  According to the motion, the remaining parties have reached a Settlement Agreement resolving the above action.  The remaining parties have resolved Relators' claim to entitlement to attorney fees, expenses, and costs, pursuant to 31 U.S.C. § 3730(d) and Relators' claims for retaliation pursuant to 31 U.S.C. § 3730(h) and RCW 74.66.090.  The parties agree that this action should be dismissed with prejudice.  The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of attorney fees, expenses, or costs.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED July 8, 2022.



THOMAS O. RICE
United States District Judge